

Emerald Coast Capital            Email: Emeraldcc123@gmail.com Phone: 1-856-520-3896

Date: August10, 2025

To:
Marcy 829 Inc.
829 Marcy Avenue
Brooklyn, NY 11216

## RE: Final Loan Commitment – Total Loan Amount: $1,999,900

Dear Borrower,

This letter serves as the Final Commitment Letter ('Commitment') from Emerald Coast Capital ('Lender') regarding the financing of the property located at 829 Marcy Avenue, Brooklyn, NY 11216 ('Property').

### 1. Loan Details

- Total Loan Amount: $1,999,900
  - Purchase Loan Amount: $1,750,000
  - Rehab Holdback: $249,900
- Purchase Price: $2,250,000
- As-Is Value: $2,250,000
- Estimated ARV: $2,800,000
- Loan Term: 1 Year Fixed – Interest-Only
- Interest Rate: 9.75%
- Monthly Payment: $14,218.75
- Origination Fee: $29,999 (1.5%)
- Service Fee: $1,499.00
- Pro-Rated Interest: $1,895.83
- Cash Required at Closing: $533,393.33 (24%)
- Loan-to-Cost: 78%
- Prepayment Penalty: None

### 2. Completion of Third-Party Diligence

We confirm that all third-party due diligence has been completed, including:
- Title search and report through Omni Title Agency
- Appraisal inspection confirming market valuation
- Underwriting diligence and verification of borrower and property details

### 3. Conditions to Close

The only remaining item required prior to closing is receipt of the payoff statement from the present lender. Upon receipt of this payoff statement, the file will be immediately transferred to our legal department for preparation of final loan documents.



Emerald Coast Capital          Email: Emeraldcc123@gmail.com Phone: 1-856-520-3896

Closing will be scheduled within 48–72 hours following completion of the above requirement.

### 4. Compliance with New York State Banking Laws

This Commitment Letter is issued pursuant to and in compliance with New York State Banking Law (NYBL), including but not limited to:
- NYBL §6-l and §6-m: Restrictions on high-cost and subprime home loans
- NYBL §590 et seq.: Mortgage Banker and Broker registration and lending compliance
- General Business Law §349: Borrower protections against deceptive practices
- All applicable federal Truth in Lending Act (TILA) and Real Estate Settlement Procedures Act (RESPA) disclosures

### 5. Expiration

This Commitment shall remain valid until September 30, 2025, unless extended in writing by Lender.

### 6. Acceptance

Please sign and return this Commitment Letter as evidence of your acceptance of the loan terms and conditions.

Sincerely,

Emerald Coast Capital

By: *Thomas J. Kane*
Name: Thomas J. Kane
Title: President

Acknowledged and Agreed:

Borrower: _____
Name: Rayaaul Juma
Title: President
Date: August 10, 2025

2