# Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| | | | |
|---|---|---|---|
| Property Address 829 Marcy Avenue | City Brooklyn | State NY | Zip Code 11216 |

Borrower MARCY 829 INC.    Owner of Public Record Raleg Marcy Group, Inc.    County Kings

Legal Description Block: 1819 Lot: 2

Assessor's Parcel # 3018190002    Tax Year 2025    R.E. Taxes $ 3,862.00

Neighborhood Name Bedford Stuyvesant    Map Reference 17a    Census Tract 0265.00

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $ 0.00    ☐ PUD    HOA $ 0.00 ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)

Lender/Client Loan Funder, LLC    Address 645 Madison Avenue, New York, NY 10022

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No

Report data source(s) used, offering price(s), and date(s).    Per MLSLI #3290668, the subject was previously offered for sale on 02/26/2021 for $2,599,000, later reduced to $1,925,000, and reduced again to $1,436,000. This listing remained active on MLS until 04/21/2022, just inside of the required reporting period for this section.

I. ☒ did    ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
Arms Length Sale;Upon review of the agreement, no unusual conditions were noted that may affect the value opinion.

## CONTRACT

Contract Price $ 2,250,000    Date of Contract 03/23/2025    Is the property seller the owner of public record? ☒ Yes ☐ No    Data Source(s) Comps Inc

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☒ No

If Yes, report the total dollar amount and describe the items to be paid.    $0    No financial assistance is noted.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | 2-4 Unit Housing Trends | | 2-4 Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location ☒ Urban ☐ Suburban ☐ Rural | | Property Values ☐ Increasing ☒ Stable ☐ Declining | | PRICE   AGE | | One-Unit | 20 % |
| Built-Up ☒ Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage ☒ In Balance ☐ Over Supply | | $(000)   (yrs) | | 2-4 Unit | 50 % |
| Growth ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 1,200 Low   1 | | Multi-Family | 10 % |
| Neighborhood Boundaries   The subject is located North of Eastern Parkway, South of Myrtle | | | | 4,500 High   145 | | Commercial | 10 % |
| Avenue, East of Washington Avenue, and West of Malcolm X Boulevard. | | | | 1,900 Pred.   80 | | Other | 10 % |

Neighborhood Description   The subject is located in an established residential neighborhood consisting of mixed style dwellings maintained in good condition. The subject is convenient to all necessary amenities including schools, shopping and transportation to employment centers. No known factors likely to impact the long term stability of values.

Market Conditions (including support for the above conclusions)   This appraisal report is intended for use in a mortgage finance transaction only. This report is not intended for any other use. See marketing comments on addendum.

## SITE

Dimensions 20 x 100 (Subject to Survey)    Area 2000 sf    Shape Rectangular    View City Street

Specific Zoning Classification R6B    Zoning Description General Residence District

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe. Current use is legally permissible, physically possible, financially feasible, and maximally productive.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street Macadam | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | | |

FEMA Special Flood Hazard Area ☐ Yes ☒ No    FEMA Flood Zone X    FEMA Map # 3604970212F    FEMA Map Date 09/05/2007

Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☒ Yes ☐ No If Yes, describe. No adverse easements or encroachments observed. Typical utility easements are present. The subject property is located on a busy road influeced by commerical properties and a House of Worship, reflected in the indicated value.

## IMPROVEMENTS

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials/condition | INTERIOR materials/condition |
|---|---|---|---|
| Units ☐ Two ☒ Three ☐ Four | ☐ Concrete Slab ☐ Crawl Space | Foundation Walls Brk-Stn-Mtr/Avg | Floors Hardwood/Good |
| ☐ Accessory Unit (describe below) | ☐ Full Basement ☐ Partial Basement | Exterior Walls Brk-Brnstn/Good | Walls DryWall/Good |
| # of Stories 4.0    # of bldgs. 1 | Basement Area 957 sq.ft. | Roof Surface RT/Good | Trim/Finish Wood/Good |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | Basement Finish 50 % | Gutters & Downspouts Aluminum/Good | Bath Floor Ceram/Good |
| ☒ Existing ☐ Proposed ☐ Under Const. | ☒ Outside Entry/Exit ☐ Sump Pump | Window Type Insulated/Good | Bath Wainscot Ceram/Good |
| Design (Style) Att/Row | Evidence of ☐ Infestation | Storm Sash/Insulated Yes/Good | Car Storage |
| Year Built 1915 | ☐ Dampness ☐ Settlement | Screens Yes/Good | ☒ None |
| Effective Age (Yrs) 2 | Heating/Cooling | Amenities | Driveway # of Cars 0 |
| Attic ☒ None | ☒ FWA ☐ HWBB ☐ Radiant | ☒ Fireplace(s) # 1 ☐ WoodStove(s) #0 | Driveway Surface None |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel Gas | ☒ Patio/Deck Deck ☐ Fence None | ☐ Garage # of Cars 0 |
| ☐ Floor ☐ Scuttle | ☐ Central Air Conditioning | Pool None ☐ Porch None | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☐ Individual ☒ Other Ductless | ☐ Other None | ☐ Att. ☐ Det. ☐ Built-in |

# of Appliances Refrigerator 3 ☐ Range/Oven 3 ☐ Dishwasher 3 ☐ Disposal 0 ☐ Microwave 3 ☐ Washer/Dryer 3 ☐ Other (describe)

| | | | | |
|---|---|---|---|---|
| Unit # 1 contains: | 6 Rooms | 3 Bedroom(s) | 2.1 Bath(s) | 1,861 Square feet of Gross Living Area |
| Unit # 2 contains: | 6 Rooms | 3 Bedroom(s) | 2.0 Bath(s) | 880 Square feet of Gross Living Area |
| Unit # 3 contains: | 6 Rooms | 3 Bedroom(s) | 2.0 Bath(s) | 880 Square feet of Gross Living Area |
| Unit # 4 contains: | Rooms | Bedroom(s) | Bath(s) | Square feet of Gross Living Area |

Additional features (special energy efficient items, etc.)   Insulated windows, Ductless A/C, Rear Deck off the 2nd Floor Living Room.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).   At the lender's request, this appraisal is being completed to reflect the subject's "as repaired" value upon the completion of the renovations planend for the subject outlined by the point of contavt for this assingment and the attached plans and specs provided to the appraiser at the time of inspection. Appraiser notes that although the subject is currently a two family dwelling, per the plans and spec provided it will be a three family dwelling upon the completion of the planned renovations. Upon the completion of these renovations, the subject will be a newly renovated dwelling maintained in good condition throughout, improved with modern kitchen and bathroom facilities.

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

**IMPROVEMENTS**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe  The appraiser is not a home inspector, structural engineer or expert in mold.  The appraisal appointment is limited to observations for information gathering only.  This appraisal report should not be relied upon as a home inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No    If No, describe  The subject is typical of the homes in the area in terms of living area, floor plan, funtional utility and construction quality.

Is the property subject to rent control? ☐ Yes ☒ No  If Yes, describe _____

**COMPARABLE RENTAL DATA**

The following properties represent the most current, similar, and proximate comparable rental properties to the subject property. This analysis is intended to support the opinion of the market rent for the subject property.

| FEATURE | SUBJECT | COMPARABLE RENTAL NO. 1 | COMPARABLE RENTAL NO. 2 | COMPARABLE RENTAL NO. 3 |
|---|---|---|---|---|
| | 829 Marcy Avenue | 1178 Dean Street | 147 Herkimer Street | 232 Monroe Street |
| Address | Brooklyn, NY 11216 | Brooklyn, NY 11216 | Brooklyn, NY 11216 | Brooklyn, NY 11216 |
| Proximity to Subject | | 0.62 miles SW | 0.39 miles SW | 0.16 miles NW |
| Current Monthly Rent | $ 0 | $ 3,500 | $ 5,000 | $ 6,350 |
| Rent/Gross Bldg. Area | $ 0.00 sq. ft. | $ 0.90 sq. ft. | $ 1.39 sq. ft. | $ 2.65 sq. ft. |
| Rent Control | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No |
| Data Source(s) | Inspection | MLSLI #H6190433 | MLSLI #H6221016 | MLSLI #H6200998 |
| Date of Lease(s) | 0 | 06/13/2022 | 12/22/2022 | 08/09/2022 |
| Location | Traff/Cmcl/HOW | Average | Backs Cmmcl/Traffic | Across Commercial |
| Actual Age | 108 | 103 | 118 | 108 |
| Condition | Good | Good | Good | Good |
| Gross Building Area | 3,621 | 3,888 | 3,600 | 2,400 |

| Unit Breakdown | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent | Rm Count | | | Size | Monthly Rent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | | Tot | Br | Ba | Sq. Ft. | |
| Unit # 1 | 6 | 3 | 2.1 | 1,861 | | 7 | 4 | 2.0 | 2,088 | $ unk | 6 | 3 | 2.1 | 1,800 | $ unk | 6 | 3 | 2.1 | 1,600 | $ 6,350 |
| Unit # 2 | 6 | 3 | 2.0 | 880 | | 5 | 3 | 2.0 | 900 | $ 3,500 | 6 | 3 | 2.1 | 1,800 | $ 5,000 | 5 | 3 | 1.0 | 800 | $ unk |
| Unit # 3 | 6 | 3 | 2.0 | 880 | | 5 | 3 | 2.0 | 900 | $ unk | | | | | $ | | | | | $ |
| Unit # 4 | | | | | | | | | | $ | | | | | $ | | | | | $ |
| Utilities Included | Unknown | | | | | Ht/Wtr/Sewer/Trsh | | | | | Ht/Wtr/Sewer/Trsh | | | | | Ht/Wtr/Sewer/Trsh | | | | |

Analysis of rental data and support for estimated market rents for the individual subject units reported below (including the adequacy of the comparables, rental concessions, etc.)
There are no known rental concessions in the rental comparables utilized nor any meaningful concessions being granted in the current market. The rental comparables are located in the subject's or competing neighborhoods and are of comparable size, condition, utility, et. from which to reconcile forecasted rents. Appraiser notes that although its MLS page indicates the rented unit for comparable #1 is equipped with 1400sf of living space, the floor plan provided by this rental listing indicated the GLA to be 900 sf, reflected in the grid above.

**SUBJECT RENT SCHEDULE**

Rent Schedule: The appraiser must reconcile the applicable indicated monthly market rents to provide an opinion of the market rent for each unit in the subject property.

| | Leases | | Actual Rents | | | Opinion Of Market Rent | | |
|---|---|---|---|---|---|---|---|---|
| | Lease Date | | Per Unit | | Total | Per Unit | | Total |
| Unit # | Begin Date | End Date | Unfurnished | Furnished | Rents | Unfurnished | Furnished | Rents |
| 1 | 0 | 0 | $ vacant | $ | $ vacant | $ 6,000 | $ | $ 6,000 |
| 2 | 0 | 0 | vacant | | vacant | 3,500 | | 3,500 |
| 3 | 0 | 0 | vacant | | vacant | 3,500 | | 3,500 |
| 4 | | | | | | | | |

Comment on lease data  None

| | | | | |
|---|---|---|---|---|
| Total Actual Monthly Rent | $ | | Total Gross Monthly Rent | $ 13,000 |
| Other Actual Monthly Income (itemize) | $ | | Other Monthly Income (itemize) | $ |
| Total Actual Monthly Income | $ 0 | | Total Estimated Monthly Income | $ 13,000 |

Utilities included in estimated rents ☐ Electric ☒ Water ☒ Sewer ☐ Gas ☐ Oil ☐ Cable ☒ Trash collection ☐ Other (describe)

Comments on actual rents and other monthly income (including personal property)  Subject's forecasted rentals are typical to this style unit within this market. Estimated rents are within the parameters of the rent survey which considers but are not limited to the rent per room, rent per square footage, condition, amenities, etc.  The subject was property was vacant at the time of inspection with no rent being collected.

**PRIOR SALE HISTORY**

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain  Market data sources for the comparable properties utilized within this report DO NOT supply/release contract information regarding sales concessions.

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  MLS/Comps Inc/StreetEasy/Public Record

My research ☐ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  MLS/Comps Inc/StreetEasy/Public Record

Report the results of the research and analysis of the prior sale history of the subject property and comparable sales (report additional prior sales on page 4).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/14/2022 | | | |
| Price of Prior Sale/Transfer | $1,436,000 | | | |
| Data Source(s) | Comps Inc #0 | Comps Inc | Comps Inc | Comps Inc |
| Effective Date of Data Source(s) | 04/19/2025 | 04/19/2025 | 04/19/2025 | 04/19/2025 |

Analysis of prior sale history for the subject property and comparable sales selected.  See above history for the subject. The subject previously transferred to the current owner on 04/14/2022. Value increase is reflective of the planned renovations to the subject per the point of contact and the plans and specs provided to the appraiser at the time of inspection of which this report is subject to.

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

There are **1** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **3,450,000** to $ **3,450,000** .

There are **20** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **2,600,000** to $ **4,200,000** .

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 829 Marcy Avenue | 327 Hancock Street | | 244 Putnam Avenue | | 588 Madison Street | |
| | Brooklyn, NY 11216 | Brooklyn, NY 11216 | | Brooklyn, NY 11216 | | Brooklyn, NY 11221 | |
| Proximity to Subject | | 0.25 miles SE | | 0.26 miles SW | | 0.65 miles NE | |
| Sale Price | $ 1,999,000 | | $ 3,325,000 | | $ 4,200,000 | | $ 3,532,000 |
| Sale Price/Gross Bldg. Area | $ 552.06 sq. ft | $ 1,026.23 sq. ft | | $ 1,083.87 sq. ft | | $ 910.31 sq. ft | |
| Gross Monthly Rent | $ 13,000 | $ 12,500 | | $ 10,000 | | $ 11,000 | |
| Gross Rent Multiplier | $ 153.77 | 266.00 | | 420.00 | | 321.09 | |
| Price Per Unit | $ 666,333 | $ 1,108,333 | | $ 2,100,000 | | $ 1,766,000 | |
| Price Per Room | $ 111,056 | $ 237,500 | | $ 350,000 | | $ 321,091 | |
| Price Per Bedroom | $ 222,111 | $ 475,000 | | $ 1,050,000 | | $ 883,000 | |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☒No | |
| Data Source(s) | | Comps Inc.  dom-unk | | Comps Inc.  dom-unk | | Comps Inc #0, dom- 42 | |
| Verification Source(s) | | StreetEasy/Public Record | | StreetEasy/Public Record | | StreetEasy/Public Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing | 0 | Arms Length | | Arms Length | | Arms Length | |
| Concessions | | Unk;0 | | Unk;0 | | Unk;0 | |
| Date of Sale/Time | 03/23/2025 | 10/19/2022 | | 05/03/2022 | | 05/11/2022 | |
| Location | Traff/Cmcl/HOW | Average | -50,000 | Average | -50,000 | Average | -50,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 2000 sf | 1800 sf | 0 | 2000 sf | | 2000 sf | |
| View | City Street | City Street | | City Street | | City Street | |
| Design (Style) | Att/Row | Att/Row | | Att/Row | | Att/Row | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 108 | 118 | 0 | 124 | 0 | 124 | 0 |
| Condition | Good | Average | +332,500 | Good | | Good | |
| Gross Building Area 250 | 3,621 | 3,240 | +95,300 | 3,875 | -63,500 | 3,880 | -64,800 |
| Unit Breakdown | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Unit # 1 | 6 3 2.1 | 3 1 1.0 | +60,000 | 3 1 1.0 | +60,000 | 3 1 1.0 | +60,000 |
| Unit # 2 | 6 3 2.0 | 5 3 2.0 | 0 | 9 3 3.1 | -60,000 | 8 3 2.1 | -20,000 |
| Unit # 3 | 6 3 2.0 | 6 3 2.1 | -20,000 | | +80,000 | | +80,000 |
| Unit # 4 | | | | | | | |
| Basement Description | Full | Full | 0 | Full | | Full | |
| Basement Finished Rooms | Part Fin/NoBath | Unfinished | +7,500 | Unfinished | +7,500 | Part Fin/NoBath | |
| Functional Utility | Avg/MultiFam | Avg/MultiFam | | Avg/MultiFam | | Avg/MultiFam | |
| Heating/Cooling | FWA Ductless | FWA Ductless | | FWA Ductless | | FWA CAC | -25,000 |
| Energy Efficient Items | Insul Windows | Insul Windows | | Insul Windows | | Insul Windows | |
| Parking On/Off Site | None | None | | None | | None | |
| Porch/Patio/Deck | Deck, Garden | Garden | +10,000 | Garden, Terrace | 0 | Deck, Garden | |
| Other | None | None | | Roof Deck | -25,000 | None | |
| Net Adjustment (Total) | | ☒+ ☐- | $ 435,300 | ☐+ ☒- | $ 51,000 | ☐+ ☒- | $ 19,800 |
| Adjusted Sale Price | | Net Adj. 13.1 % | | Net Adj. -1.2 % | | Net Adj. -0.6 % | |
| of Comparables | | Gross Adj. 17.3 % | $ 3,760,300 | Gross Adj. 8.2 % | $ 4,149,000 | Gross Adj. 8.5 % | $ 3,512,200 |
| Adj. Price Per Unit (Adj. SP Comp / # of Comp Units) | | $ 1,253,433 | | $ 2,074,500 | | $ 1,756,100 | |
| Adj. Price Per Room (/(Adj. SP Comp / # of Comp Rooms) | | $ 268,593 | | $ 345,750 | | $ 319,291 | |
| Adj. Price Per Bdrm. (Adj. SP Comp / # of Comp Bedrooms) | | $ 537,186 | | $ 1,037,250 | | $ 878,050 | |
| Value Per Unit | $ 1,265,000 X | 3 Units = $ 3,795,000 | | Value Per GBA 1,050.00 X | 3,621 GBA = $ 3,802,050 | | |
| Value Per Rm. | $ 268,000 X | 18 Rooms = $ 4,824,000 | | Value Per Bdrms. 535,000 X | 9 Bdrms. = $ 4,815,000 | | |

Summary of Sales Comparison Approach including reconciliation of the above indicators of value. The comparables selected in the sales comparison approach were based on extensive review of available market data within the subjects defined location. The comparables utilized are considered the most similar to the subject property in terms of location, physical characteristic and functionality and have been adjusted to market preference to adequately support and justify the opinions of market value.

Indicated Value by Sales Comparison Approach $ **3,800,000**

Total gross monthly rent $ **13,000** X gross rent multiplier (GRM) **300.00** = $ **3,900,000** Indicated value by the Income Approach

Comments on income approach including reconciliation of the GRM **Income approach strongly supports final conclusion. The adopted GRM of 300 is within the range of that indicated by above sales.**

Indicated Value by: Sales Comparison Analysis $ **3,800,000** Income Approach $ **3,900,000** Cost Approach (if developed) $ **3,945,900**

All three approaches to value were considered. The Sales Comparison Approach is most appropriate and was relied upon the most. This assignment was not based on a requested minimum or specific value. Greatest emphasis is placed on Sales #1 and #2 due to close proximity, further supported by Sale #4 due to most comparable GLA and most recent transfer.

This appraisal is made ☐ "as is," ☒ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair: **Appraisal is made subject to the planned renovations per the point of contact for this assignment and the plans and specs provided to the appraiser at the time of inspection.**

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **3,800,000** as of **04/19/2025** , which is the date of inspection and the effective date of this appraisal.

## Small Residential Income Property Appraisal Report    File No. 829 MARCY AVE2

| ADDITIONAL COMMENTS |
|---|
| See addendum |

*(blank ruled lines)*

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   THE LAND EXTRACTION METHOD WAS UTILIZED IN DEVELOPING THE ESTIMATED SITE VALUE.  THE SUBJECT NEIGHBORHOOD IS A WELL ESTABLISHED NEIGHBORHOOD WITH FEW NEWLY SPOT BUILT, KNOCK DOWNS, OR VACANT LAND SALES.   LAND VALUES TYPICALLY EXCEED 30% IN THE AREA, HAVING NO NEGATIVE IMPACT ON VALUE OR MARKETABILITY.

| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | | | |
|---|---|---|---|
| | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | | 1,300,000 |
| Source of cost data Local Builder | Dwelling 3,621 Sq. Ft. @ $ 650.00 . . . . . . . . . . . . = $ | | 2,353,650 |
| Quality rating from cost service Good   Effective date of cost data 04/2025 | Bsmt: 957   Sq. Ft. @ $ 300.00 . . . . . . . . . . . . = $ | | 287,100 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | InsulWindows/Amen | | 55,000 |
| The age- life method of estimating physical depreciation was used | Garage/Carport 0 Sq. Ft. @ $ 0.00 . . . . . . . . . . . = $ | | 0 |
| in this appraisal. The subject has a remaining economic life of 58 | Total Estimate of Cost-New . . . . . . . . . . . . = $ | | 2,695,750 |
| years. Based on the econimic life of 60 years. Cost replacement | Less 60 Physical Functional External | | |
| new derived from www.building-cost.net, supplemented with local | Depreciation $89,858 = $ ( | | 89,858) |
| builder cost estimates. | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | | 2,605,892 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . = $ | | 40,000 |
| Estimated Remaining Economic Life (HUD and VA only) 58 Years | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . . . = $ | | 3,945,900 |

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal name of project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of an existing building(s) into a PUD?   ☐ Yes ☐ No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes ☐ No   Data source(s)

Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

This report form is designed to report an appraisal of a two- to four-unit property, including a two- to four-unit property in a planned unit development (PUD). A two- to four-unit property located in either a condominium or cooperative project requires the appraiser to inspect the project and complete the project information section of the Individual Condominium Unit Appraisal Report or the Individual Cooperative Interest Appraisal Report and attach it as an addendum to this report.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements, including each of the units. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1.  I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.  I performed a complete visual inspection of the interior and exterior areas of the subject property, including all units.  I reported the condition of the improvements in factual, specific terms.  I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3.  I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.  I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison and income approaches to value. I have adequate market data to develop reliable sales comparison and income approaches to value for this appraisal assignment. I further certify that I considered the cost approach to value but did not develop it, unless otherwise indicated in this report.

5.  I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.  I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7.  I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8.  I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9.  I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value.  I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal.  I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction.  I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report.  If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report.  I certify that any individual so named is qualified to perform the tasks.  I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent.  Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

22.  I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations.  Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23.  The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25.  Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1.  I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2.  I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3.  The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4.  This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5.  If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if  a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|

**APPRAISER**

Signature _____
Name Anthony Tamulinas
Company Name AK Appraisal Services
Company Address 61 Trenton Avenue
E Atlantic Beach, NY 11561
Telephone Number 516-867-0859
Email Address akappraisalservices@gmail.com
Date of Signature and Report 04/24/2025
Effective Date of Appraisal 04/19/2025
State Certification # 45000047995
or State License # _____
or Other (describe) _____   State # _____
State NY
Expiration Date of Certification or License 07/22/2028

ADDRESS OF PROPERTY APPRAISED
829 Marcy Avenue
Brooklyn, NY  11216

APPRAISED VALUE OF SUBJECT PROPERTY $ 3,800,000

LENDER/CLIENT
Name No AMC
Company Name Loan Funder, LLC
Company Address 645 Madison Avenue
New York, NY 10022
Email Address _____

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature _____
Name _____
Company Name _____
Company Address _____
_____
Telephone Number _____
Email Address _____
Date of Signature _____
State Certification # _____
or State License # _____
State _____
Expiration Date of Certification or License _____

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____
☐ Did inspect interior and exterior of subject property
   Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

Freddie Mac Form 72  March 2005                    Produced using ACI software, 800.234.8727 www.aciweb.com                    Fannie Mae Form 1025  March 2005
Page 7 of 7                                                                                                          1025_05 090909

Rothstein Appraisers

## Small Residential Income Property Appraisal Report

File No. 829 MARCY AVE2

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 829 Marcy Avenue Brooklyn, NY 11216 | 47 Jefferson Avenue Brooklyn, NY 11216 | | 191 Mac Donough Street Brooklyn, NY 11216 | | | |
| Proximity to Subject | | 0.48 miles SW | | 0.50 miles SE | | | |
| Sale Price | $ 1,999,000 | $ 3,860,000 | | $ 3,450,000 | | $ | |
| Sale Price/Gross Bldg. Area | $ 552.06 sq. ft | $ 1,106.65 sq. ft | | $ 958.33 sq. ft | | $ sq. ft | |
| Gross Monthly Rent | $ 13,000 | $ 10,800 | | $ 12,500 | | $ | |
| Gross Rent Multiplier | 153.77 | 357.41 | | 276.00 | | | |
| Price Per Unit | $ 666,333 | $ 1,930,000 | | $ 1,150,000 | | $ | |
| Price Per Room | $ 111,056 | $ 350,909 | | $ 246,429 | | $ | |
| Price Per Bedroom | $ 222,111 | $ 772,000 | | $ 575,000 | | $ | |
| Rent Control | ☐Yes ☒No | ☐Yes ☒No | | ☐Yes ☒No | | ☐Yes ☐No | |
| Data Source(s) | | Comps Inc.  dom- 25 | | StreetEasy #0, dom- 7 | | | |
| Verification Source(s) | | StreetEasy/Public Record | | StreetEasy Active | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sale or Financing | 0 | Arms Length | | Listing | | | |
| Concessions | | Unk;0 | | 0; | | | |
| Date of Sale/Time | 03/23/2025 | 12/15/2022 | | Active | -69,000 | | |
| Location | Traff/Cmcl/HOW | Across School | 0 | Average | -50,000 | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 2000 sf | 2000 sf | | 2000 sf | | | |
| View | City Street | City Street | | City Street | | | |
| Design (Style) | Att/Row | Att/Row | | Att/Row | | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 108 | 93 | 0 | 122 | 0 | | |
| Condition | Good | Good | | Average | +345,000 | | |
| Gross Building Area 250 | 3,621 | 3,488 | +33,300 | 3,600 | 0 | | |
| Unit Breakdown | Total  Bdrms.  Baths | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | | Total  Bdrms.  Baths | |
| Unit # 1 | 6   3   2.1 | 3   1   1.0 | +60,000 | 2   0   1.0 | +60,000 | | |
| Unit # 2 | 6   3   2.0 | 8   4   2.1 | -20,000 | 3   1   1.0 | +60,000 | | |
| Unit # 3 | 6   3   2.0 | | +80,000 | 9   5   4.1 | -100,000 | | |
| Unit # 4 | | | | | | | |
| Basement Description | Full | Full | | Full | | | |
| Basement Finished Rooms | Part Fin/NoBath | Unfinished | +7,500 | Unfinished | +7,500 | | |
| Functional Utility | Avg/MultiFam | Avg/MultiFam | | Avg/MultiFam | | | |
| Heating/Cooling | FWA Ductless | Steam CAC | -25,000 | FWA Ductless | | | |
| Energy Efficient Items | Insul Windows | Insul Windows | | Insul Windows | | | |
| Parking On/Off Site | None | None | | None | | | |
| Porch/Patio/Deck | Deck, Garden | Patio,Grdn,Balc | -10,000 | Deck, Garden | | | |
| Other | None | None | | None | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☒+ ☐- | $ 125,800 | ☒+ ☐- | $ 253,500 | ☐+ ☐- | $ |
| Adjusted Sale Price | | Net Adj. 3.3 % | | Net Adj. 7.3 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 6.1 % | $ 3,985,800 | Gross Adj. 20.0 % | $ 3,703,500 | Gross Adj. % | $ |
| Adj. Price Per Unit  (/Adj. SP Comp / # of Comp Units) | | $ 1,992,900 | | $ 1,234,500 | | $ 0 | |
| Adj. Price Per Room  (/Adj. SP Comp / # of Comp Rooms) | | $ 362,345 | | $ 264,536 | | $ 0 | |
| Adj. Price Per Bdrm.  (Adj. SP Comp / # of Comp Bedrooms) | | $ 797,160 | | $ 617,250 | | $ 0 | |
| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
| Date of Prior Sale/Transfer | 04/14/2022 | | | | | | |
| Price of Prior Sale/Transfer | $1,436,000 | | | | | | |
| Data Source(s) | Comps Inc #0 | Comps Inc | | Comps Inc | | | |
| Effective Date of Data Source(s) | 04/19/2025 | 04/19/2025 | | 04/19/2025 | | | |

Summary of Sales Comparison Approach.  See above history.

There is a wide range in the unadjusted and adjusted sales prices/list prices of the comparables selected due to limited recent trnasfers and active listings of comparable multi family dwellings with similar GLA to the subject maintained in comparable condition to the subject in the subject's market at the time of inspection.

An extensive search by the appraiser on data sources MLS, StreetEasy, and Public Record revealed the above listing (comparable #5) was the only active listing of similar multi family dwellings with similar GLA to the subject in the subject's market at the time of inspection.

Sale to list price ratio is estimated at 98%

Produced using ACI software, 800.234.8727 www.aciweb.com

SALES COMPARISON APPROACH

**ADDENDUM**

| | |
|---|---|
| Borrower:  RAYAZUL JUMA | File No.:  829 MARCY AVE2 |
| Property Address:  829 Marcy Avenue | Case No.: |
| City:  Brooklyn | State:  NY | Zip:  11216 |
| Lender:  Loan Funder, LLC | |

Appraiser notes per the instructions for this assignment, the borrower is noted as "RAYAZUL JUMA." However, per the contract of sale provided, the buyer is noted as "Kordisol LLC."

The appraiser notes that due to a lack of recent transfers of comparable 3 family dwellings with similar GLA to the subject maintained in comparable condition to the subject's proposed condition in the market at the time of ispection, the appraiser was forced to utilize 2 family transfers in this report. A review of the market did not reveal a measurable impact on value when comparing 2 family and 3 family dwellings, as overall GLA and condition appears to be the driving force for value when comparing multi family dwellings in the subject's market.  Furthermore, mutli family dwellings are often converted back and forth between 2 family and 3 family use in the subject's market, as legal 3 family dwellings can be legally utilized as two family dwellings and legal two family dwelling can easily and quickly be converted to legal three family dwellings with valid permits (the zoning allows for multi-family use; only a permit is needed to add the additional kitchen is needed).  Considering this, no adjustment for functional utility has been applied.

**The appraiser notes the following transfer in the subject's market was reviewed at the time of inspection:**

**114 Monroe Street, Brooklyn, NY 11216- Per County Assessment Records and StreetEasy, this dwelling transferred on 07/27/2022 for $4,852,000.  Although located in close proximity to the subject and of simlar GLA to the subject, this transfer was not included due to the following:**

**1) This dwelling transferred with a deeded indoor parking space (with a charging station for an electric car) included.  This feature has a significant impact on value, as deeded parking in the subject's urban market is highly uncommon and adds significant value to any transfer in the market.**

**2) This dwelling is improved with unobstructed views of the Manhattan skyline from its finished roof deck, having a significant impact on value and marketability.**

**This dwelling is improved with two features that have significant impacts on value; for this reaosn it is not deemed ot be a more reliable indicator of value than the comparables selected in this report.**

**The methodology implemented in this report to determine all line adjustments utilized a paired sales analysis, the appraisers knowledge of the local market, as well as interviews with local real estate agents and other real estate professionals. In theory, the paired sales analysis is the basis for the adjustments made in this appraisal. In practice, when preparing appraisal reports, the adjustments are sometimes derived from in-depth interviews conducted with brokers and other real estate professionals, which is, in essence, similar to a paired sales analysis. The appraisers local knowledge and experience does play an integral role in developing the adjustments used in this analysis. Please note that according to USPAP, results require support by relevant evidence and logic to the degree necessary for the intended use. Support does not have to be solely in the form of a paired sales analysis. The knowledge of real estate professionals is essential in the process of analyzing data and deriving accurate adjustments for relevant value indicators.**

**The appraiser notes that per Fannie Mae gudelines, the current ANSI measurement standards do not apply to multi family dwellings. However, if such standards were applied, there would be no change in the subject's reported GLA.**

Differences in GLA adjusted at $250 per square foot. The market does not call for adjustments for minor differences in GLA of 50 sf or less.  The GLA of comparables selected was obtained from county records. The GLA recorded in this appraisal may differ from county records; as extensions and attic finished/unfinished areas are not always recorded by the county.

The market does not indicate adjustments for minor site differences of 250 sf or less.

I have NOT performed services as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

There are no street or highway barriers between the subject and the comparables selected which impact value.

**"Exposure time"** is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective day of the appraisal.

A reasonable exposure time for the subject property developed independently from the stated marketing time is 3 to 6 months.

The appraiser has selected 2 dated sales of over 6 months due to a lack of recent transfers of comparable multi family dwellings with similar GLA to the subject maintained in comparable condition to the subject's proposed condition in the subject's market a the time of inspection. When dated sales are utilized, they are deemed to be more reliable indicators of value than more recent transfers.

## ADDENDUM

| | |
|---|---|
| Borrower:  RAYAZUL JUMA | File No.:  829 MARCY AVE2 |
| Property Address:  829 Marcy Avenue | Case No.: |
| City:  Brooklyn    State:  NY | Zip:  11216 |
| Lender:  Loan Funder, LLC | |

The subject's indicated value exceeds predominant value of homes within this market due to its large GLA and proposed rully renovated condition.  The subject's indicated value is well within the range of marketable dwellings within this neighborhood. No negative impact on marketability is noted.

Full bath adjusted @ $40,000;Half Bath @ $20,000
Partially finished basement adjusted @ $7,500
Ductless A/C adjsuted @ $25,000; CAC @ $50,000
Porch/Patio/Deck/Garden adjusted @  $10,000
Roof Deck adjsuted @ $25,000

A 10% condition adjustment has been applied to comparables #1 and #5 due to their inferior interior components as compared to the subject's proposed condition.

Comparables selected which have excessive variances from the GLA were utilized due to limited value indicators with amenities similar to that of the subject.  The sales selected which exceed standard variance guidelines were the best alternative indicators and after adjustments support the subject's indicated value.

Differences in room counts are generally adjusted for in the GLA adjustment and not on a room basis.

Finished basement values for the subject and comparable sales are limited to bathrooms and finished area.

The market does not indicate adjustments for minor differences in age.

The 10% of present land use classified as "other" consists of schools, recreational parks, houses of worship and local government buildings.

The appraiser certifies and agrees that this appraisal was prepared in accordance with the requirements of Title XI of the Financial Institutions, Reform, Recovery and Enforcement Act (FIRREA) of 1989, as amended (12 U.S.C. 3331 et seq.), and any applicable implementing regulations in effect at the time the appraiser signs the appraisal certification.

The subject's effective age vs. actual age reflects updates made to dwelling since original construction.

Other adjustments are self-explanatory.

Comps Inc. data source does not provide DOM for its comparable sales.

ELECTRONIC SIGNATURES SECURED WITH THE SECURITY PROTECTED ACCESS CODES HAVE BEEN UTILIZED IN THIS APPRAISAL REPORT.   THIS HAS BEEN APPROVED AND ACCEPTED BY THE APPRAISAL INSTITUTE, ALL MAJOR BANKS AND LENDING INSTITUTIONS.

## MARKETING CONDITONS

**Currently loan discounts and concessions are available but have had no measurable impact on the market. Mortgage financing includes various FHA and conventional type mortgages with terms extending to 30 years.**

## ZONING COMPLIANCE

**The subjects zoning classification was confirmed with town records.**

This appraisal is based on an observation of the subject property, and an analysis of the local market. Throughout this report, the term "inspection" is to be construed as an OBSERVATION of the subject property and improvements. The term "inspection" is imposed on the appraiser by virtue of this form, which is the only acceptable form in the secondary market.  Your appraiser is not a home inspector and is not qualified to determine the structural adequacy or the applicable Code of the building materials or the improvements, nor is your appraiser a qualified environmental expert and is unable to determine the existence of any toxic materials on or about the subject property.  NOTE:  It should also be noted that FNMA does not require the Cost Approach in appraisals of properties to which the Approach does not apply. This applies most typicaly to older homes, in which the effective age is much more subjective than in new homes.

The sketch of the subject property is primarily to assist the reader (reviewer) in visualizing the property as we have seen it from our on site inspection.  The floor plan provided is not intended to duplicate the builder's plan to scale, but rather to be a guide to the reviewer in evaluating normal traffic patterns within the property.

The appraiser has utilized a variety of available data sources to complete the appraisal including but not limited to: county property appraisers' web sites, local MLS online web sites, county clerk of the court web sites and knowledge of the local real estate market. The effective dates that the above data was obtained is normally the same as the effective date of the appraisal of the subject property in terms of the date that the appraiser accessed the data. However, below is a summary by data source of the best known effective dates of each data source based upon conversations with representatives of each source.
Mls web sites- data regarding properties and their status is updated on the web site instantaneously upon changes that are made by the realtors of record for an individual property. Therefore, depending upon the diligence of each realtor, the data for any one property could be anywhere from up to the minute to 3 days old. Most of the local boards of realtors have fines and penalties in place that require realtors to update the web sites within 24 hours to 3 business days for changes to the status of their listings.
County clerk of court- according to the clerk's office,  their website data regarding the book and page numbers for recorded sales of properties is typically 3 weeks to 2 months behind the actual closing date depending upon the volume of transactions.
Comps Inc. and GeoData-  information is updated on a once a month basis via web based automatic updates.

Clarification of the Scope of Work and the Intended Users of this Appraisal Report

**ADDENDUM**

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |

The Scope of Work for this assignment began with identifying the Client, Intended User(s) and the Intended Use of this appraisal report. As required by USPAP, the appraiser is required to identify at the time of the assignment the client, the intended use and the intended users of an appraisal. In this case, the client named in this appraisal report, did not identify any intended user other then themselves as the lending institution and a potential user in the secondary mortgage market. The client may provide copies of this appraisal report to others as stated in Certification #21.

The client requested that the appraiser provide an opinion of market value, based on the published Fannie Mae definition. The appraiser collected general data through public sources on the subject property and the general area of the subject. The appraiser then visited the subject site to measure and gather physical data about the subject property. Unless required by an FHA assignment, the appraiser did not view the crawl space under the house (if applicable) or the attic (if applicable). The appraiser's visual observation did not include testing appliances, heating systems, plumbing systems, electrical systems, sewage lines, heating system, interior wall space, foundation, soil, or other items that are beyond the scope of work for a visual observation as defined in this appraisal report. If, the client or any other reader of this appraisal report has concerns about the functionality of these items then the appraiser recommends the reader secure an inspector that is qualified in those systems. The appraiser provides no warranties expressed implied or otherwise for the function of these items. The term "inspection" is used several times throughout this report. An appraisal inspection should not be confused with the type of inspection performed by a qualified Home Inspector. This type of an inspection is similar to what the appraiser's peers would perform on a similar assignment. A visual observation, such as an appraiser makes, is not intended to be a thorough home inspection and as such there may be latent defects in any property that an appraiser is not trained to discover. . If the borrower or the client would like a more detailed report concerning the condition, structural or mechanical elements of the property, a professional Home Inspector should be contacted.

"Complete Visual Inspection" as stated in Certification #2 inspection is misleading and is should be read as observation. A "complete visual observation" is defined as the following and includes only the following. A visual observation of the subject from the ground level walking around the subject's improvements and looking in each of the improvements (house, garage, & other buildings on site). The measuring of the exterior of the subject's house, garage, and significant outbuildings (shops, barns, & accessory dwelling units). A visual observation of the interior lay out/floor plan of the subject's house. Assess the functional utility of the property, address the conformity to the neighborhood, and a visual observation of the readily apparent condition of the property. Unless required by an FHA assignment, the "complete visual observation" does not include observation of the crawl space access, attic, testing of the mechanical systems (includes but not limited to well, septic system, furnace, water heater, kitchen and bathroom appliances/fixtures, fireplace, electrical systems, natural/propane gas systems, and plumbing systems). The appraiser only reports what is readily observable based upon the visual observation. The appraiser is not liable for items that are concealed and those items that can not be seen.

The preprinted form which the appraiser has signed, contains a reference to discovering, analyzing and reporting of conditions in the market and neighborhood of the subject which may impact value. The appraiser did review sales, listings and other information to develop an opinion value, herein reported. It should be noted that there are a wide variety of detrimental conditions that can impact property values. These include, but are not limited to, non-market motivations, future temporary disruptions, stigmas, convicted criminals who reside in the area, neighborhood nuisances, future, unannounced surrounding developments, structural and engineering conditions, construction conditions, soils and geotechnical issues, environmental and natural conditions (including sinkholes). The appraiser has inspected the subject property on a level that is consistent with the responsibilities of the appraisal profession; however the appraiser does not have the expertise of a market forecaster, soils, structural or environmental engineer, scientist, urban planner, or specialists in other similar fields. Unless otherwise stated within this report, the appraiser assumes no responsibilities for the impact that the variety of detrimental conditions may cause.

There are no adverse conditions noted either on-site or on nearby properties. As part of the appraisal process an overall visual observation of the subject's improvements and site was conducted but, there were no visible evidence of hazardous environmental conditions which may affect the subject property or its value. However, the appraiser is not an expert, and is not qualified to confirm or deny the existence of hazardous substances. If the subject property was built before 1978, portions of the structure may be comprised of lead based paint or asbestos insulation. Should any evidence of such material be discovered, removal by a certified professional is recommended and this in no way shall be construed to warrant the condition of the property. A common sense and a reasonable amount of training in identification exist to determine visible or otherwise obvious substances or conditions which may prove detrimental. The market value opinion reached in this report is predicated on the following:

1. There is no friable asbestos present.
2. The drinking water is free of abnormal levels of contaminants and harmful substances.
3. Waste is disposed of by a functioning and legal system.
4. There are no apparent dangers either on or near the subject property from excess radon levels, PCB contamination, leaking U.S.T.'s, pesticides or other soil contaminants, hazardous waste, U.F.F.I., nor lead as found in paint.

When any of the above is found to be incorrect, the opinion of market value in this appraisal may not be valid. No testing was performed and no responsibility is assumed for any conditions not readily viewable at the time of the inspection, or for the lack of expertise or special knowledge necessary to discover such conditions. When adverse environmental conditions are discovered, or are known to exist, the client is urged to retain an expert in the field of environmental impacts on real estate.

# Operating Income Statement

One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property          829 MARCY AVE2

Property Address

| 829 Marcy Avenue | Brooklyn | NY | 11216 |
|---|---|---|---|
| Street | City | State | Zip Code |

**General Instructions:** This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 Yes | No X | 0 | $ vacant | $ 6,000 | Electricity . . . . . . . . | ☐ | ☒ |
| Unit No. 2 Yes | No x | 0 | $ vacant | $ 3,500 | Gas . . . . . . . . . . . | ☐ | ☒ |
| Unit No. 3 Yes | No x | 0 | $ vacant | $ 3,500 | Fuel Oil . . . . . . . . | ☐ | ☐ |
| Unit No. 4 Yes | No | | $ | $ | Fuel (Other) . . . . . . | ☐ | ☐ |
| **Total** | | | $ 0 | $ 13,000 | Water/Sewer . . . . . | ☒ | ☐ |
| | | | | | Trash Removal . . . . | ☒ | ☐ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided)*. This Operating Income Statement and previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures *(e.g., Applicant/Appraiser 288/300)*. If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item.)* Income should be based on current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

## Annual Income and Expense Projection for Next 12 months

| Income *(Do not include income for owner-occupied units)* | | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* . . . . . . . . . . . . . . . . . . . . | $ | 156,000 | $ |
| Other Income *(include sources)* . . . . . . . . . . . . . . . . | + | 0 | + |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 156,000 | $ |
| Less Vacancy/Rent Loss . . . . . . . . . . . . . . . . . . . . . . . . . . | - | 744.00 ( 2%) | - ( %) |
| Effective Gross Income . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 155,256 | $ |

**Expenses** *(Do not include expenses for owner-occupied units)*

| | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Electricity . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,000 | |
| Gas . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,000 | |
| Fuel Oil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fuel . . . . . . . . . . . . . . . . . . . . . . (Type-_____) | | |
| Water/Sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,750 | |
| Trash Removal Included in Taxes . . . . . . . . . . . . . . | 0 | |
| Pest Control . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Other Taxes or Licenses . . . . . . . . . . . . . . . . . . . . | | |
| Casual Labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,500 | |
| This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | | |
| Interior Paint/Decorating . . . . . . . . . . . . . . . . . . . . | 1,000 | |
| This includes the costs of contract labor and materials that are required to maintain the interiors of the living units. | | |
| General Repairs/Maintenance . . . . . . . . . . . . . . . . | 5,000 | |
| This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | | |
| Management Expenses . . . . . . . . . . . . . . . . . . . . . | 0 | |
| These are the customary expenses that a professional management company would charge to manage the property. | | |
| Supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,000 | |
| This includes the costs of items like light bulbs, janitorial supplies, etc. | | |
| Total Replacement Reserves - See Schedule on Pg. 2 . . . . . . . . . . . . . . . | 3,128 | |
| Miscellaneous . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **Total Operating Expenses** . . . . . . . . . . . . . . . . $ | 23,378 | $ |

829 MARCY AVE2

## Replacement Reserve Schedule

Adequate replacement reserves must be calculate regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year-such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc.-should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | Remaining Life | | | | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|---|---|
| Stoves/Ranges | @$ 800.00 | ea.÷ 10 | Yrs. x | 3 | Units =$ | 240.00 | $ |
| Refrigerators | @$ 850.00 | ea.÷ 10 | Yrs. x | 3 | Units =$ | 255.00 | $ |
| Dishwashers | @$ _____ | ea.÷ ___ | Yrs. x | ___ | Units =$ | _____ | $ |
| A/C Units | @$ _____ | ea.÷ ___ | Yrs. x | ___ | Units =$ | _____ | $ |
| C. Washer/Dryers | @$ _____ | ea.÷ ___ | Yrs. x | ___ | Units =$ | _____ | $ |
| HW Heaters | @$ 2,000.00 | ea.÷ 15 | Yrs. x | 1 | Units =$ | 133.33 | $ |
| Furnace(s) | @$ 7,500.00 | ea.÷ 15 | Yrs. x | 1 | Units =$ | 500.00 | $ |
| (Other) | @$ _____ | ea.÷ ___ | Yrs. x | ___ | Units =$ | _____ | $ |
| Roof | @$ 30,000.00 | ÷ 15 | Yrs. x One Bldg. = | | | $ 2,000.00 | $ |

**Carpeting** (Wall to Wall)                                               Remaining Life

| | | | | | |
|---|---|---|---|---|---|
| (Units) | ___ Total Sq. Yds. @ $ _____ | Per Sq. Yd. ÷ ___ Yrs. = | $ _____ | $ _____ |
| (Public Areas) | ___ Total Sq. Yds. @ $ _____ | Per Sq. Yd. ÷ ___ Yrs. = | $ _____ | $ _____ |

Total Replacement Reserves. (Enter on Pg. 1)                 $ 3,128.33     $ _____

## Operating Income Reconciliation

$ 155,256.00 - $ 23,378.00 =$ 131,878.00 ÷ 12= $ 10,989.83
Effective gross Income    Total Operating Expenses    Operating Income    Monthly Operating Income

$ 10,989.83 - $ 321.83 =$ 10,668.00
Monthly Operating Income    Monthly Housing Expenses    Net Cash Flow

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the **subject property** to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.

- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's **primary residence** to the borrower's stable monthly income.

Appraiser's Comments *(including sources for data and rationale for the projections)*

Expenses are based on comparable dwellings in the market.

Operating income statment has been prepared utilizing the subject's estimated market rent.

Anthony Tamulinas
Appraiser Name

Appraiser Signature

04/24/2025
Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name                          Underwriter Signature                          Date

## SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY    Zip: 11216 |
| Lender: Loan Funder, LLC | |



**FRONT VIEW OF**
**SUBJECT PROPERTY**

Appraised Date: April 19, 2025
Appraised Value: $ 3,800,000



**REAR VIEW OF**
**SUBJECT PROPERTY**



**STREET SCENE**

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |



**COMPARABLE SALE #1**

327 Hancock Street
Brooklyn, NY 11216
Sale Date: 10/19/2022
Sale Price: $ 3,325,000



**COMPARABLE SALE #2**

244 Putnam Avenue
Brooklyn, NY 11216
Sale Date: 05/03/2022
Sale Price: $ 4,200,000



**COMPARABLE SALE #3**

588 Madison Street
Brooklyn, NY 11221
Sale Date: 05/11/2022
Sale Price: $ 3,532,000

## COMPARABLE PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.:   829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY    Zip: 11216 |
| Lender: Loan Funder, LLC | |



**COMPARABLE SALE #4**

47 Jefferson Avenue
Brooklyn, NY 11216
Sale Date: 12/15/2022
Sale Price: $ 3,860,000



**COMPARABLE SALE #5**

191 Mac Donough Street
Brooklyn, NY 11216
Sale Date: Active
Sale Price: $ 3,450,000

**COMPARABLE SALE #6**

Sale Date:
Sale Price: $

## COMPARABLE RENTALS PHOTO ADDENDUM

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |



**COMPARABLE RENTAL #1**

1178 Dean Street
Brooklyn, NY 11216



**COMPARABLE RENTAL #2**

147 Herkimer Street
Brooklyn, NY 11216



**COMPARABLE RENTAL #3**

232 Monroe Street
Brooklyn, NY 11216

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.:   829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn   State: NY   Zip: 11216 | |
| Lender: Loan Funder, LLC | |



APT 3



APT 3



APT 3



APT 3



APT 3



APT 3

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY    Zip: 11216 |
| Lender: Loan Funder, LLC | |



APT 3



APT 3



APT 2



APT 2



APT 2



APT 2

| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |





APT 2

APT 2





APT 1

APT 1





APT 1

APT 1

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.:  829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY    Zip: 11216 |
| Lender: Loan Funder, LLC | |



APT 1



APT 1



APT 1



APT 1



APT 1



BASEMENT

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY    Zip: 11216 |
| Lender: Loan Funder, LLC | |



BASEMENT



BASEMENT



ADDITIONAL STREET



## FLOORPLAN SKETCH

| | | |
|---|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 | |
| Property Address: 829 Marcy Avenue | Case No.: | |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |

**Sketch**




| Living Area | | Area Calculation | | | |
|---|---|---|---|---|---|
| First Floor | 981.00 ft² | **First Floor** | | | **x 1.00 = 981.00 ft²** |
| Second Floor | 880 ft² | 2ft x | 12ft x | 1.00 = | 24 ft² |
| Third Floor | 880.00 ft² | 11ft x | 7ft x | 1.00 = | 77 ft² |
| Fourth Floor | 880.00 ft² | 44ft x | 20ft x | 1.00 = | 880 ft² |
| **Nonliving Area** | | **Second Floor** | | | **x 1.00 = 880 ft²** |
| Basement | 967.00 ft² | 5ft x | 12ft x | 1.00 = | 60 ft² |
| | | 41ft x | 20ft x | 1.00 = | 820 ft² |
| | | **Third Floor** | | | **x 1.00 = 880.00 ft²** |
| | | 5ft x | 12ft x | 1.00 = | 60 ft² |
| | | 41ft x | 20ft x | 1.00 = | 820 ft² |
| | | **Fourth Floor** | | | **x 1.00 = 880.00 ft²** |
| | | 5ft x | 12ft x | 1.00 = | 60 ft² |
| | | 41ft x | 20ft x | 0.50 = | 410 ft² |
| **Total Living Area (rounded):** | 3621 ft² | 41ft x | 20ft x | 0.50 = | 410 ft² |

**LOCATION MAP**

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.:  829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn                    State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |



Comparable Rental 3
232 Monroe Street
Brooklyn, NY 11216
0.16 miles NW

Subject
829 Marcy Avenue
Brooklyn, NY 11216

Comparable Sale 3
588 Madison Street
Brooklyn, NY 11221
0.65 miles NE

Comparable Sale 4
47 Jefferson Avenue
Brooklyn, NY 11216
0.48 miles SW

Comparable Sale 1
327 Hancock Street
Brooklyn, NY 11216
0.25 miles SE

Comparable Sale 2
244 Putnam Avenue
Brooklyn, NY 11216
0.26 miles SW

Comparable Sale 5
191 Mac Donough Street
Brooklyn, NY 11216
0.50 miles SE

Comparable Rental 2
147 Herkimer Street
Brooklyn, NY 11216
0.39 miles SW

Comparable Rental 1
1178 Dean Street
Brooklyn, NY 11216
0.62 miles SW

**AERIAL MAP**

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY Zip: 11216 |
| Lender: Loan Funder, LLC | |



**PLAT MAP**

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |

## USPAP ADDENDUM

File No. 829 MARCY AVE2

Borrower: RAYAZUL JUMA
Property Address: 829 Marcy Avenue
City: Brooklyn    County: Kings    State: NY    Zip Code: 11216
Lender: Loan Funder, LLC

### APPRAISAL AND REPORT IDENTIFICATION

This report was prepared under the following USPAP reporting option:

[X] Appraisal Report          A written report prepared under Standards Rule 2-2(a).

[ ] Restricted Appraisal Report    A written report prepared under Standards Rule 2-2(b).

### Reasonable Exposure Time

My opinion of a reasonable exposure time for the subject property at the market value stated in this report is: 3-6 MONTHS

"Exposure time" is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective day of the appraisal.

A reasonable exposure time for the subject property developed independently from the stated marketing time is 3 to 6 months.

### Additional Certifications

[X] I have performed **NO** services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[ ] I **HAVE** performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

THE APPRAISER HAS PERFORMED NO SERVICES WITHIN THE THREE YEAR PERIOD IMMEDIATELY PRECEDING THIS ASSIGNMENT.

### Additional Comments

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Anthony Tamulinas | Name: |
| Date Signed: 04/24/2025 | Date Signed: |
| State Certification #: 45000047995 | State Certification #: |
| or State License #: | or State License #: |
| or Other (describe): _____ State #: _____ | State: |
| State: NY | Expiration Date of Certification or License: |
| Expiration Date of Certification or License: 07/22/2025 | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: 04/19/2025 | [ ] Did Not  [ ] Exterior-only from street  [ ] Interior and Exterior |

Plans & Specs Provided to Appraiser

| Borrower: RAYAZUL JUMA | | File No.:  829 MARCY AVE2 |
|---|---|---|
| Property Address: 829 Marcy Avenue | | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |

Plans & Specs Provided to Appraiser

| Borrower: RAYAZUL JUMA | | File No.: 829 MARCY AVE2 |
|---|---|---|
| Property Address: 829 Marcy Avenue | | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |



Plans & Specs Provided to Appraiser

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |



Plans & Specs Provided to Appraiser

| | |
|---|---|
| Borrower: RAYAZUL JUMA | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | Case No.: |
| City: Brooklyn State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | |

Plans & Specs Provided to Appraiser

| Borrower: RAYAZUL JUMA | | File No.: 829 MARCY AVE2 |
| Property Address: 829 Marcy Avenue | | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |

Plans & Specs Provided to Appraiser

| Borrower: RAYAZUL JUMA | | File No.: 829 MARCY AVE2 |
|---|---|---|
| Property Address: 829 Marcy Avenue | | Case No.: |
| City: Brooklyn | State: NY | Zip: 11216 |
| Lender: Loan Funder, LLC | | |

